KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7234

Attorneys for Plaintiff

FILED
SEP 22 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> LARRY JAMES GRISSOM, II, <br>     Defendant. | No. CR 05-00550-MHP <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable MARILYN HALL PATEL, Judge of the United States District Court for the Northern District of California:

The petition of Michelle Morgan-Kelly, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Larry Grissom, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

//
//
//
//
//

prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

DATED: September 20, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MICHELLE MORGAN-KELLY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:         September 22, 2005

HONORABLE MARILYN HALL PATEL
United States District Court Judge

<b><u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u></b>

TO:   THOMAS A. KLENIESKI, Acting United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the San Quentin State Prison, San Quentin, California:

<u>GREETINGS</u>

WE COMMAND that on October 17, 2005, at 10:00 a.m., you have and produce the body of Larry Grissom in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Marilyn Hall Patel, 450 Golden Gate Avenue, 18th Floor, San Francisco, California, so Larry Grissom may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Larry Grissom, and further to produce Larry Grissom at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Marilyn Hall Patel, Judge of the United States District Court for the Northern District of California.

DATED:   September 22, 2005

RICHARD W. WIEKING
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By _____
DEPUTY CLERK
ANTHONY W. BOWSER