FILED

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-6960
7  Fax: (415) 436-7234

8  Attorneys for Plaintiff

9

10

11           UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,      )  No. CR 05-00550-MHP
                                    )
16 |      Plaintiff,                )  [PROPOSED] ORDER RELEASING
                                    )  DEFENDANT ON PREEXISTING BOND
17 | v.                             )  CONDITIONS
                                    )
18 | LARRY JAMES GRISSOM, II,       )
                                    )  Honorable Marilyn Hall Patel
19 |      Defendant.                )
                                    )
20 |_____)

21     This matter came before the Court for a status conference on October 18, 2005.

22 Defendant appeared before the Court pursuant to a Writ of Habeas Corpus Ad Prosequendum,

23 having been released from federal custody over the Government's objection on September 7,

24 2005, and subsequently having been arrested on a state parole violation on September 14, 2005

25 and detained in state custody. Defendant's next appearance in this Court is scheduled for

26 December 5, 2005 at 10:00 a.m.

27     Upon his release from state custody, IT IS HEREBY ORDERED that defendant is

28 released from the custody of the U.S. Marshals pursuant to the original conditions of the bond

[PROPOSED] ORDER RELEASING DEFENDANT
ON PREEXISTING BOND CONDITIONS
No. CR 05-00550-MHP

1  entered by Magistrate Judge Joseph C. Spero on September 7, 2005, and thereby must
2  immediately upon his release from state custody report to Pre-Trial Services and reside in a
3  Halfway House 24 hours per day, and follow all other conditions of the bond entered by
4  Magistrate Judge Spero.

Dated: Oct 19, 2005

THE HON. MARILYN HALL PATEL
United States District Court Judge

[PROPOSED] ORDER RELEASING DEFENDANT
ON PREEXISTING BOND CONDITIONS
No. CR 05-00550-MHP