1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-6960
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 05-00550-MHP
14                                      )
              Plaintiff,                )   PARTIES' STIPULATION AND
15                                      )   [PROPOSED] ORDER CONTINUING
           v.                           )   STATUS CONFERENCE AND
16                                      )   EXCLUDING TIME UNDER THE
   LARRY JAMES GRISSOM, II,             )   SPEEDY TRIAL ACT
17                                      )
              Defendant.                )
18  _____ )   Honorable Marilyn Hall Patel

19  The parties stipulate and agree, and the Court finds and holds, as follows:

20      1. The parties appeared on the instant matter on October 18, 2005 for a status hearing before

21  the Court.

22      2. At the October 18, 2005 initial appearance, Geoffrey Rotwein, who represents the

23  defendant, requested a continuance based upon effective preparation of counsel in order to

24  review and analyze the ample discovery recently provided in this case. In addition, the defendant

25  is currently addressing state charges relating to a parole violation. Accordingly, the court set a

26  date for a status hearing for December 5, 2005 at 10:00 a.m., and the parties requested that the

27  time period from October 18, 2005 to December 5, 2005 be excluded from the calculation of

28  time under the Speedy Trial Act.

                                        1

FILED

OCT 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1      3. In light of the foregoing facts, the failure to grant the requested exclusion would

2   unreasonably deny counsel for the defense the reasonable time necessary for effective

3   preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),

4   (B)(iv). In addition, defendant is involved in other proceedings relating to other charges against

5   him. See id. § 3161(h)(1)(D). The ends of justice would be served by the Court excluding the

6   proposed time period. These ends outweigh the best interest of the public and the defendant in a

7   speedy trial. See id. § 3161(h)(8)(A).

8      4. For the reasons stated, the time period from October 18, 2005 through December 5, 2005

9   shall be excluded from the calculation of time under the Speedy Trial Act.

10      SO STIPULATED.

11   DATED:    10/18/05             KEVIN V. RYAN
United States Attorney

13

14                         /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

16

17   DATED:    10/18/05             /s/
GEOFFREY ROTWEIN
Attorney for Defendant Larry Grissom

19   PURSUANT TO STIPULATION, IT IS SO ORDERED.

21   DATED: Oct 24, 2005

22                           HON. MARILYN HALL PATEL
United States District Court Judge

STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP