1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI CHOI (WVBN 0722)
   Chief, Criminal Division
4
   MICHELLE MORGAN-KELLY (DEBN 3651)
5  Assistant United States Attorney

6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-6960
      Fax: (415) 436-7234
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00550-MHP |
| ) | |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND |
| ) | EXCLUDING TIME FROM DECEMBER |
| LARRY JAMES GRISSOM, II, ) | 5, 2005 THROUGH JANUARY 9, 2006 |
| ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | Honorable Marilyn Hall Patel |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared on the instant matter on December 5, 2005 for a status hearing before the Court.

   2. At the December 5, 2005 appearance, Geoffrey Rotwein, who represents the defendant, requested a continuance based upon effective preparation of counsel in order to discuss the discovery with his client and to discuss a possible resolution of the matter with the government. In addition, the defendant is currently addressing state charges relating to a parole violation. Accordingly, the court set a date for a status hearing for January 9, 2006 at 9:00 a.m., and the parties requested that the time period from December 5, 2005 through January 9, 2006 be excluded from the calculation of time under the Speedy Trial Act.

1

1    3. In light of the foregoing facts, the failure to grant the requested exclusion would
2  unreasonably deny counsel for the defense the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
4  (B)(iv). In addition, defendant is involved in other proceedings relating to other charges against
5  him. See id. § 3161(h)(1)(D). The ends of justice would be served by the Court excluding the
6  proposed time period. These ends outweigh the best interest of the public and the defendant in a
7  speedy trial. See id. § 3161(h)(8)(A).

8    4. For the reasons stated, the time period from December 5, 2005 through January 9, 2006
9  shall be excluded from the calculation of time under the Speedy Trial Act.

10    SO STIPULATED.

11  DATED:    12/7/05        KEVIN V. RYAN
12                                              United States Attorney

14                                                /s/
                                              MICHELLE MORGAN-KELLY
15                                              Assistant United States Attorney

17  DATED:    12/7/05                /s/
                                              GEOFFREY ROTWEIN
18                                              Attorney for Defendant Larry Grissom

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  DATED:    12/9/2005

22                                        HON. MARILYN H. PATEL
                                        United S...



STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP