KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00550-MHP |
|---|---|---|
| Plaintiff, | ) | PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM JANUARY 17, 2006 THROUGH FEBRUARY 13, 2006 UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| LARRY JAMES GRISSOM, II, | ) | |
| Defendant. | ) | |

Honorable Marilyn Hall Patel

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared on the instant matter on January 17, 2006 for a status hearing before the Court.

   2. At the January 17, 2006 appearance, Geoffrey Rotwein, who represents the defendant, requested a continuance based upon effective preparation of counsel in order to discuss further the discovery with his client and to discuss a possible resolution of the matter with the government. In addition, the defendant is currently addressing state charges relating to a parole violation. Accordingly, the court set a date for a status hearing for February 13, 2006 at 10:00 a.m., and the parties requested that the time period from January 17, 2006 through February 13, 2006 be excluded from the calculation of time under the Speedy Trial Act.

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). In addition, defendant is involved in other proceedings relating to other charges against him. See id. § 3161(h)(1)(D). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, the time period from January 17, 2006 through February 13, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED:   2/9/06          KEVIN V. RYAN
                         United States Attorney

                         _____/s/_____
                         MICHELLE MORGAN-KELLY
                         Assistant United States Attorney

DATED:   2/9/06          _____/s/_____
                         GEOFFREY ROTWEIN
                         Attorney for Defendant Larry Grissom

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 14, 2006



_____
HON. MARILYN H. PATEL
United States District Judge

GRANTED
Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM JANUARY 17, 2006 THROUGH FEBRUARY 13, 2006 UNDER THE SPEEDY TRIAL ACT**

in the case of **UNITED STATES V. LARRY JAMES GRISSOM, II, CR 05-00550 MHP** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Geoffrey Rotwein, Esq**
**400 Montgomery Street, 2nd Floor**
**San Francisco, CA  94104**
**Fax No: 415-397-0862**

\_\_\_\_\_   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

  X   (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_\_   (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_\_   (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    February 9, 2006

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP