KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00550-MHP |
| ) | |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND |
| ) | EXCLUDING TIME FROM FEBRUARY |
| LARRY JAMES GRISSOM, II, ) | 13, 2006 THROUGH APRIL 10, 2006 |
| ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. ) | |
| ) | Honorable Marilyn Hall Patel |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared on the instant matter on February 13, 2006 for a status hearing before the Court.

   2. At the February 13, 2006 appearance, Geoffrey Rotwein, who represents the defendant, requested a continuance based upon effective preparation of counsel in order to discuss a possible resolution of the matter with his client and the government. In addition, the defendant is currently addressing state charges relating to a parole violation. Accordingly, the court set a date for a status hearing for April 10, 2006 at 10:00 a.m., and the parties requested that the time period from February 13, 2006 through April 10, 2006 be excluded from the calculation of time under the Speedy Trial Act.

1

1       3. In light of the foregoing facts, the failure to grant the requested exclusion would
2   unreasonably deny counsel for the defense the reasonable time necessary for effective
3   preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
4   (B)(iv).  In addition, defendant is involved in other proceedings relating to other charges against
5   him.  See id. § 3161(h)(1)(D).  The ends of justice would be served by the Court excluding the
6   proposed time period.  These ends outweigh the best interest of the public and the defendant in a
7   speedy trial.  See id. § 3161(h)(8)(A).
8       4. For the reasons stated, this matter is continued until April 10, 2006 at 10:00 a.m., and the
9   time period from February 13, 2006 through April 10, 2006 shall be excluded from the
10  calculation of time under the Speedy Trial Act.
11      SO STIPULATED.
12  DATED:     2/14/06                              KEVIN V. RYAN
                                                    United States Attorney

                                                    _____/s/_____
15                                                  MICHELLE MORGAN-KELLY
                                                    Assistant United States Attorney

17  DATED: 2/15/06                                  _____/s/_____
18                                                  GEOFFREY ROTWEIN
19                                                  Attorney for Defendant Larry Grissom

20
21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  DATED: February 17, 2006
                                                    HON. MARILYN H. PATEL
                                                    United States District Judge

**GRANTED**
Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER
No.  CR 05-00550-MHP

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  The undersigned hereby certifies that she is an employee of the office of the United States

3  Attorney, Northern District of California and is a person of such age and discretion to be

4  competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM FEBRUARY 13, 2006 THROUGH APRIL 10, 2006 UNDER THE SPEEDY TRIAL ACT**

in the case of **UNITED STATES V. LARRY JAMES GRISSOM, II, CR 05-00550 MHP** to

be served on the parties in this action, by placing a true copy thereof in a sealed envelope,

addressed as follows which is the last known address:

**Geoffrey Rotwein, Esq
400 Montgomery Street, 2nd Floor
San Francisco, CA  94104
Fax No: 415-397-0862**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    February 15, 2006

                                                          /s/
                                      RAWATY YIM
                                      United States Attorney's Office

STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP