KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510)637-3705
  Fax: (510)637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> LARRY JAMES GRISSOM, II, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 05-00550-MHP <br><br> PARTIES' STIPULATION AND <br> ~~[PROPOSED]~~ ORDER CONTINUING <br> STATUS CONFERENCE AND <br> EXCLUDING TIME FROM APRIL 10, <br> 2006 THROUGH MAY 9, 2006 UNDER <br> THE SPEEDY TRIAL ACT |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter on April 10, 2006 for a status hearing before the Court.

    2. At the April 10, 2006 appearance, Geoffrey Rotwein, who represents the defendant, indicated that he intends to explore and file motions in this case. Accordingly, the court set a deadline for defense motions of April 24, 2006, set a deadline for the government's response on May 1, 2006, and a date for a motions hearing on Tuesday, May 9, 2006 at 10:00 a.m. The parties requested that the time period from April 10, 2006 through May 9, 2006 be excluded from the calculation of time under the Speedy Trial Act.

    3. In light of the foregoing facts, the failure to grant the requested exclusion would

1  unreasonably deny counsel for the defense the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
3  (B)(iv).  In addition, time will be excluded under the Speedy Trial Act upon the filing of motions
4  through the date of the hearing.  See id. § 3161(h)(1)(F).  The ends of justice would be served by
5  the Court excluding the proposed time period.  These ends outweigh the best interest of the
6  public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).
7      4.  For the reasons stated, this matter is continued until the motions hearing on Tuesday, May
8  9, 2006 at 10:00 a.m., and the time period from April 10, 2006 through May 9, 2006 shall be
9  excluded from the calculation of time under the Speedy Trial Act.
10     SO STIPULATED.
11 DATED:       April 12, 2006                    KEVIN V. RYAN
                                                  United States Attorney
12
                                                          /s/
13                                                MICHELLE MORGAN-KELLY
                                                  Assistant United States Attorney
14

15
   DATED:       April 11, 2006                            /s/
16                                                GEOFFREY ROTWEIN
                                                  Attorney for Defendant Larry Grissom
17

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

20 DATED: April 13, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER
No. CR 05-00550-MHP