FILED

JUN 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LAW OFFICES OF GEOFFREY ROTWEIN
   Geoffrey Rotwein, Esq.  (CA SBN 58176)
2  400 Montgomery Street, Second Floor
   San Francisco, CA  94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  LARRY JAMES GRISSOM, II

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   No.  CR-05-00550-MHP
                                       )
11              Plaintiff,             )   **ORDER PERMITTING PRETRIAL**
                                       )   **SERVICES OFFICER TO**
12       vs.                           )   **AUTHORIZE AND SUPERVISE**
                                       )   **DEFENDANT TO LEAVE**
13  LARRY JAMES GRISSOM, II,           )   **RESIDENTIAL PROGRAM FOR**
                                       )   **EMPLOYMENT AND FAMILY**
14              Defendants.            )   **PURPOSES**
                                       )

15

16       IT IS HEREBY ORDERED that Pretrial Services Officer Victoria Gibson is permitted

17  to supervise and authorize defendant Larry James Grissom, II to leave his residential

18  confinement to seek employment as she sees fit and to visit with his daughter one day a week

19  for an eight hour period at a location she designates.

20  DATED: June _20_, 2006            _____
                                       JUDGE, FEDERAL DISTRICT COURT
21

22

23

24

25

26

27

28

ORDER AUTHORIZING PRETRIAL SERVICES TO SUPERVISE DEFENDANT'S RELEASE
No. CR-05-00550-MHP

06/16/2006  07:12  4153970862    GEOFFREYNROTWEIN         PAGE  02/02
06/15/2006  19:19  5106373724    US ATTORNEYS OFFICE      PAGE  02/02
05/05/2006  14:37  4153970862    GEOFFREYNROTWEIN         PAGE  02/02

1  LAW OFFICES OF GEOFFREY ROTWEIN
   Geoffrey Rotwein, Esq. (CA SBN 58176)
2  400 Montgomery Street, Second Floor
   San Francisco, CA 94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  LARRY JAMES GRISSOM, II

6

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  No. CR-05-00550-MHP
                                    )
11          Plaintiff,              )  ORDER PERMITTING PRETRIAL
                                    )  SERVICES OFFICER TO
12      vs.                         )  AUTHORIZE AND SUPERVISE
                                    )  DEFENDANT TO LEAVE
13 LARRY JAMES GRISSOM, II,         )  RESIDENTIAL PROGRAM FOR
                                    )  EMPLOYMENT AND FAMILY
14          Defendants.             )  PURPOSES

15

16      IT IS HEREBY ORDERED that Pretrial Services Officer Victoria Gibson is permitted

17 to supervise and authorize defendant Larry James Grissom, II to leave his residential

18 confinement to seek employment as she sees fit and to visit with his daughter one day a week

19 for an eight hour period at a location she designates.

20 DATED: June ___, 2006

21                                  _____
                                    JUDGE, FEDERAL DISTRICT COURT
22 SO STIPULATED:

23 DATED: June 8, 2006

24                                  KEVIN V. RYAN
                                    United States Attorney
25                                  By: _____
                                    MICHELLE MORGAN-KELLY
                                    Assistant United States Attorney
26 DATED: June ___, 2006

27                                  UNITED STATES PRETRIAL SERVICE
                                    By: _____
28                                  VICTORIA GIBSON
                                    Pretrial Services Officer