GEOFFREY ROTWEIN, ESQ.
State Bar No. 58176
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 397-0860
Facsimile:  (415) 397-0862

Attorney for Defendant
LARRY JAMES GRISSOM II

RECEIVED
JAN 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>vs. </br></br>LARRY JAMES GRISSOM II, </br></br>Defendant. | No. CR-05-00550 MHP </br></br>STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S DATE FOR SURRENDER |

Defendant LARRY JAMES GRISSOM II and plaintiff UNITED STATES OF AMERICA, through their respective counsel, Geoffrey Rotwein and Assistant United States Attorney ("AUSA") Douglas Sprague, hereby stipulate and agree as follows:

1. Defendant LARRY JAMES GRISSOM II is scheduled to surrender on January 8, 2007, to begin serving his sentence in the above-entitled matter.

2. The defendant needs additional time to get his affairs in order with his family prior to surrendering and is requesting that his surrender date be extended to February 5, 2007, for that purpose.

3. AUSA Sprague and Pretrial Services Officer Anthony Granados, who is supervising defendant GRISSOM while on release, have both been made aware of the defendant's request for an extension of his surrender date.  Mr. Granados has no

objection to the proposed extension and AUSA Sprague does not object provided this is the last extension of his surrender date sought by the defendant.

SO STIPULATED

DATED: 1/3/07 , 2007

_____
DOUGLAS SPRAGUE
Assistant United States Attorney

SO STIPULATED

DATED: 12/29 , 2006

_____
GEOFFREY ROTWEIN
Attorney for Defendant
LARRY JAMES GRISSOM II

IT IS SO ORDERED

DATED: Jan 8 , 2007

_____
MARILYN HALL PATEL
United States District Court Judge

-2-

```
 1  objection to the proposed extension and AUSA Sprague does not object provided this is
 2  the last extension of his surrender date sought by the defendant.
 3  SO STIPULATED
 4  DATED:              , 2007
 5
 6                                      _____
 7                                      DOUGLAS SPRAGUE
                                        Assistant United States Attorney
 8  SO STIPULATED
 9  DATED: 12/29        , 2006
10
11                                      _____
                                        GEOFFREY ROTWEIN
12                                      Attorney for Defendant
                                        LARRY JAMES GRISSOM II
13
14
    IT IS SO ORDERED
15
    DATED:              , 2007
16
17
18                                      _____
                                        MARILYN HALL PATEL
19                                      United States District Court Judge
20
21
22
23
24
25
26
27
28
```